

☐ **ORIGINAL**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2700

**Caption [use short title]**

**Motion for:** Correction and Amendment of Caption.

Plaintiff-Appellant, seeks relief to correct and amend the caption to add parties on appeal that were parties to the action in district court.

**Set forth below precise, complete statement of relief sought:**

Plaintiff-Appellant, Bernice Curry-Malcolm seeks to correct and amend the caption and parties in this action. The district court was to correct and amend the caption and parties, but failed to do so and as a result, Plaintiff-Appellant now seeks relief on appeal. The district court left off Sandra Simpson, Mary Pauly and Teresa Root as parties, see Appeal No., 19-2409, Doc. 79, pg., 4. See 17-cv-6878.

Bernice Curry-Malcolm v. ASAR, RCSD, ET. AL.

**MOVING PARTY:** Pro Se Plaintiff-Appellant, Bernice Curry-Malcolm    **OPPOSING PARTY:** ASAR, RCSD, ET. AL.

☐ Plaintiff          ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** N/A    **OPPOSING ATTORNEY:** Alison Moyer, Esq., Jennifer Carlson, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Alison Moyer, Esq., for Rochester City School District, et. al.   131 West Broad Street, Rochester, New York 14614

Jennifer Carlson, Esq., for ASAR et. al.   8 Airport Park Blvd., Latham, New York 14614

**Court- Judge/ Agency appealed from:** W.D.N.Y., 17-cv-6873 and 17-cv-6878, Honorable David G. Larimer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain): Plaintiff-Appellant is an unrepresented pro se litigant.

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:** Pro Se litigant  *Mrs. Bernice Curry-Malcolm*   **Date:** January 4, 2022   Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

21-2700-CV



## UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

BERNICE CURRY-MALCOLM,

                  Plaintiff-Appellant,

-v-

ASSOCIATION OF SUPERVISORS AND
ADMINISTRATORS OF ROCHESTER, ("ASAR")
DR. TIMOTHY CLIBY, PRESIDENT and Individually,
JOHN ROWE, VICE PRESIDENT and Individually,
ROCHESTER CITY SCHOOL DISTRICT,
BARBARA DEANE-WILLIAMS,
SUPERINTEDENT OF SCHOOLS and Individually,
SANDRA SIMPSON, CHIEF OF SPECIALIZED
SERVICES AND FORMER INTERIM EXECUTIVE
DIRECTOR OF SPECIALIZED SERVICES and Individually,
MARY PAULY, EXECUTIVE DIRECTOR OF SPECIALIZED
SERVICES and Individually, TERESA ROOT, ZONE DIRECTOR
OF SPECIALIZED SERVICES and Individually,

                  Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
17-6878cv (Honorable David G. Larimer)

**PLAINTIFF-APPELLANT, BERNICE CURRY-MALCOLM
AFFIRMATION/DECLARATION IN SUPPORT OF HER MOTION
TO CORRECT AND AMEND CAPTION**

[1]

BERNICE CURRY-MALCOLM, Plaintiff-Appellant, makes this declaration under penalties of perjury, pursuant to 28 U.S.C. § 1746. Plaintiff-Appellant is fully familiar with the facts and circumstances surrounding these matters, deposes and says:

1. I am Bernice Curry-Malcolm, *pro se* appellant in the above-captioned action.

2. I submit this declaration in support of my motion to correct and amend the caption on appeal. Plaintiff-Appellant sought relief below but the district court has failed to do so, and as a result Plaintiff-Appellate now seeks relief on appeal.

3. Plaintiff-Appellant makes the motion in good faith and not to cause any unjust delay. Defendants-Appellees would not be surprised and/or prejudice should the court grant the motion to stay.

4. By Order dated October 19, 2021, the district court failed to add all the parties in the caption. The Order caption did not include Simpson, Pauly and Root.

5. The district court left out Sandra Simpson, Mary Pauly and Teresa Root as parties to the action. Plaintiff-Appellant brought the matter to the district court's attention and was told that the matter would be corrected, but the district court has failed to do so.

[2]

6. This Court in re to *Malcolm II* (19-2409) and 17-cv-6873, states, "We note, finally, that because a prior panel of this Court remanded certain claims in Malcolm I with instructions for the district court to reconsider whether to grant Ms. Malcolm leave to amend those claims, Ms. Malcolm will have an opportunity to amend her complaint in Malcolm I to add any claims against Simpson, Pauly, and Root that could be cured through more precise pleading. See *Malcolm v. Rochester City School Dist., et al.*, 17-cv-6873 (W.N.Y.D. 2017) at Dkt.#14 ("*Malcolm II*"), *Malcolm v. Rochester City School Dist., et al.*, No. 19-2409 slip op. at 4 (2d. Cir. Nov. 12, 2020) ("*Malcolm II*").

7. Plaintiff-Appellant amended her complaint in Malcolm I to add and include Simpson, Pauly and Root, but the district court failed to correct and amend the caption to add Simpson, Pauly and Root.

**WHEREFORE**, Plaintiff-Appellant respectfully makes request that this court grants an order to correct and amend the caption on appeal in Malcolm I to include and add Simpson, Pauly and Root as parties to this instant appeal.

Dated: January 4, 2022

Respectfully submitted by:

*Mrs. Bernice Curry-Malcolm*
Bernice Curry-Malcolm, *Pro Se* Appellant
6 Gingerwood Way
West Henrietta, New York 14586

[3]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Bernice Curry-Malcolm

☐ ORIGINAL

**CERTIFICATE OF SERVICE***

Docket Number: 21-2700

v.

ASAR, Timothy Cliby, John Rowe, RCSD, Barbara Deane-Williams, Sandra Simpson, Mary Pauly, Teri

I, Bernice Curry-Malcolm, hereby certify under penalty of perjury that
(print name)

on January 4, 2021, I served a copy of Motion to Correct and Amend Caption,
(date)

Motion Information Statement, Affidavit In Support of Plaintiff-Appellant's Motion for Correction and to Amend Caption, together with proof of service

(list all documents)

by (select all applicable)**

___ Personal Delivery        X United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Alison Moyer, Esq. | 131 West Broad Street | Rochester | NY | 14614 |
| Jennifer Carlson, Esq. | 8 Airport Park, Blvd. | Latham | NY | 12110 |
| Arthur Scheuermann, Esq. | 8 Airport Park Blvd. | Latham | NY | 12110 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

January 4, 2022
Today's Date

Signature: Mrs. Bernice Curry-Malcolm

Certificate of Service Form (Last Revised 12/2015)

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)
Mrs. Bernice Cerny-Malcolm
6 Gingerwood Way
West Henrietta, NY 14586

TO: (PLEASE PRINT)
Clerk's Office
U.S. Court of Appeals for the 2nd Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, New York 10007

ZIP: 10007

U.S. POSTAGE PAID
PME 1-DAY
HENRIETTA, NY
14467
JAN 04, 22
AMOUNT $26.35
R2305M147478-03

PO ZIP Code: 14467
Date Accepted: 1-4-22
Time Accepted: 11:5
Scheduled Delivery Time: 6:00 PM
Postage: 26.35
Total Postage & Fees: 26.35

USPS SDNY 14LD