

ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 21-2683 Lead, 21-2700, Con.

Caption [use short title]

Motion for: Adjournment of Oral Arguments

Set forth below precise, complete statement of relief sought:

Appellant, Bernice Curry-Malcolm seeks relief for an adjournment of oral arguments set for May 12, 2023 in Lead Case 21-2683 and Consolidate Case 21-2700. Appellant makes respectful motion that the Court adjourn the oral arugument set for May 12, 2023 and/or on submission be rescheduled to June 23, 2023 or at a later time set by the Court.

Curry-Malcolm v. ASAR, ET. AL.

MOVING PARTY: Pro se Appellant, Bernice Curry-Malcolm    OPPOSING PARTY: ASAR, RCSD, ET AL.

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: N/A    OPPOSING ATTORNEY: OKeano Bell, Esq., Jennifer Carlson, Esq.,

[name of attorney, with firm, address, phone number and e-mail]

Okeano Bell, Esq., for Rochester City School District, et. al.   131 West Broad Street, Rochester, New York 14614

Jennifer Carlson, Esq., for ASAR, et. al.   8 Airport Park Blvd., Latham, New York 12110

Adrian Neil, Esq., for Rochester City School District, et. al.   131 West Broad Street, Rochester, New York 14614

Court- Judge/ Agency appealed from: W.D.N.Y., 17-cv-6878 and 18-cv-6450, Honorable David G. Larimer

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☑ No (explain): Plaintiff-Appellant is an unrepresented pro se litigant.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney Pro se litigant
Mrs. Bernice Curry-Malcolm  Date: May 4, 2023    Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

Proof of Service via United States Mail

Form T-1080 (rev. 12-13)

ORIGINAL

# MOTION FOR ADJOURNMENT OF ORAL ARGUMENT

BERNICE CURRY-MALCOLM, Plaintiff-Appellant, makes this declaration under penalties of perjury pursuant to 28 U.S.C. § 1746. Plaintiff-Appellant is fully familiar with the facts and circumstances surrounding these matters, deposes and says:

1. I am Bernice Curry-Malcolm ("Appellant"), the unpresented *pro se* appellant in the above-captioned action.

2. Appellant submits this declaration in support of my motion for adjournment of the May 12, 2023, Oral Argument in lead case 21-2683 (Lead, Malcolm III, 18-cv-6450, U.S.C.A. Appeal No. 19-2416) and 21-2700 (Con., Malcolm I, 17-cv-6878, U.S.C.A. Appeal No. 2412).

3. Appellant makes this motion in good faith and not to cause any unjust delay. Defendants-Appellees would not be surprised and/or prejudice should the Court grant the motion. Also, the Defendants-Appellees ASAR, has also made request for an adjournment. Appellant do not the Rochester City School District's position.

4. Appellant seeks relief for in-person oral arguments later. Appellant respectfully request that in-person oral argument be adjourned to June 23, 2023, and/or on a later set by the Court.

5. Appellant respectfully request an adjournment of oral argument to argue in-person rather than on submission.

6. Appellant is in receipt of the Court's Notice of Hearing Letter dated April 25, 2023. Like ASAR, Appellant also make respectful request for an adjournment of the May 12, 2023, Hearing. Appellant makes request that the Court reschedule the Hearing date to a later date. Appellant intends to appear in-person at the later date unless circumstances change. The May 12, 2023, Hearing date conflicts with other already scheduled plans, as Appellant will be out of town on May 12, 2023, and neither will she be able to appear by Zoom on that date.

7. Appellant will be traveling to Mississippi to get together with her family in tribute memoriam for her parents, grandparents, and siblings. Appellant and her family made plans about a year ago to have tribute memoriam for our parents in this month of May 2023.

8. Appellant intends to appear in-person and would like in-person oral argument rather than on submission. Appellant respectfully prays for the Court's understanding for adjournment of in-person oral argument to a later date to allow her to join her family in a special tribute memoriam to her deceased parents, grandparents, and siblings.

9. Appellant respectfully seeks oral argument to be adjourn to June 23, 2023 in the above-captioned matter and/or at a later date set by the Court.

Respectfully, thanking the Court in advance for its consideration.

*Mrs. Bernice Curry-Malcolm*
Mrs. Bernice Curry-Malcolm

Copy To:
School Administrators Association of New York State
Jennifer Carlson, Esq., Executive Deputy Director/Counsel
Arthur Scheuermann, SANNYS General Counsel
Attorney for Defendants-Appellees ASAR, Timothy Cliby and John Rowe
8 Airport Park Boulevard
Latham, New York 12110

Okeano Bell, Esq., Associate Counsel
Adrian Neil, Esq., Acting General Counsel
Attorney for Defendants-Appellees Rochester City School District and Barbara Deane-Williams
131 West Board Street
Rochester, New York 14614



**ORIGINAL**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Bernice Curry-Malcolm

v.

Association of Supervisors and Administrators of Rochester, Timothy Cliby, John Rowe

**CERTIFICATE OF SERVICE***

Docket Number: 21-2700, Con.

I, Bernice Curry-Malcolm , hereby certify under penalty of perjury that
          (print name)
on May 4, 2023 , I served a copy of Motion for Adjournment of Oral Argument,
      (date)
Motion Information Statement, Affidavit/Declaration in Support of Plaintiff-Appellant's Motion, together with proof of service
                              (list all documents)

by (select all applicable)**

___ Personal Delivery       X United States Mail       ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Okeano Bell, Esq., | 131 West Broad Street | Rochester | NY | 14614 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Jennifer Carlson, Esq., | 8 Airport Park, Blvd. | Latham | NY | 12110 |
| Name | Address | City | State | Zip Code |
| AuthurSchenermann, Esq., | 8 Airport Park, Bvld. | Latham | NY | 12110 |
| Name | Address | City | State | Zip Code |
| Adrian Neil, Esq., | 131 West Broad Street | Rochester | NY | 14614 |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 4, 2023                                         Mrs. Bernice Curry-Malcolm
Today's Date                                         Signature

Certificate of Service Form (Last Revised 12/2015)


PME 1-Day
HENRIETTA, NY
14467
MAY 04, 23
AMOUNT
$28.75
R2305M145915-07

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

RDC 07   10007

UNITED STATES POSTAL SERVICE

HENRIETTA NY MAY -4 2023 14467-9998

MAY -4 2023 14467-9998

PRIORITY MAIL EXPRESS


USM SDNY

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


S10001000006

EP13F Oct 20
OD: 12 1/2 x 9

UNITED STATES POSTAL SERVICE  PRIORITY MAIL EXPRESS

EJ 848 545 264 US

Signature Required

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( )
Mrs. Berenice Curry-Malcolm
6 Gingerwood Way
West Henrietta, NY 14586

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
Clerk of Court
U.S. County Appeals, For the 2nd Circuit
Thurgood Marshall, U.S. Courthouse
40 Foley Square
New York, New York 10007
ZIP+4: 10007-

PAYMENT BY ACCOUNT (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
ZIP Code: 14467
Scheduled Delivery Date: 5/5/23
Postage: $28.75
Date Accepted: 5/4/23
Scheduled Delivery Time: 6pm
Time Accepted: 4:08 PM
Weight: 5 ozs  Flat Rate
Acceptance Employee Initials: JB
Total Postage & Fees: $28.75

■ For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996